**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

CELSA TOMESEK                          CASE NO: 8:11-bk-00600-CED
    Debtor.                                     CHAPTER 13
_____/

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

COMES NOW the Debtor, Celsa Tomesek, by and through the undersigned Counsel, and files this Motion for Payment of Unclaimed Funds (hereinafter "Motion") to move the Court to enter an order directing payment of unclaimed funds, now on deposit in the Registry of the United States Bankruptcy Court, for the reasons set forth below:

1. Debtor, Celsa Tomesek, commenced this case on January 14, 2011 by filing the above-numbered voluntary petition for relief under Chapter 13 of title 11 of the United States Bankruptcy Code.

2. A Motion for Reconsideration of the Order Dismissing Chapter 13 Case for Failure to Make Plan Payments and to Reinstate the Case was filed on March 3, 2016 (Doc. 48). On February 12, 2016, the Trustee's office sent a check of unclaimed funds totaling $7,799.99 to the Court Registry (check # 1032732 and 1032058).

3. Ms. Tomesek, requests these funds be sent back to the Trustee's office to benefit her chapter13 plan.

WHEREFORE, the Debtor respectfully requests that the Court enter an order directing these funds be remitted to the Trustee's office to benefit Ms. Tomesek's case.

Respectfully submitted,

/s/ David R. Singha
David R. Singha, Esq.
FL Bar # 120375
Attorney for Debtor
P.O Box 56424
St. Petersburg, FL 33732
PH: 727-327-3219
Email: david@flabk.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

CELSA TOMESEK                               CASE NO: 8:11-bk-00600-CED
         Debtor.                            CHAPTER 13
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on March 3, 2016 by US Mail and/or electronic mail via CM/ECF pursuant to Local Rule 7005-3 to:

Kelly Remick
PO Box 6099
Sun City Center, FL 33571

Celsa Tomesek
1119 Fox Chapel Drive
Lutz, FL 33549

United States Attorney
Attn: Civil Process Clerk
400 North Tampa Street, Suite 3200
Tampa, FL 33602

                                                   /s/ David R. Singha
                                                   David R. Singha, Esq.
                                                   FL Bar # 120375
                                                   Attorney for Debtor
                                                   P.O Box 56424
                                                   St. Petersburg, FL 33732
                                                   PH: 727-327-3219
                                                   Email: david@flabk.com