**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISON**

IN RE:                                              :
                                                    :   Case No. 8:11-bk-00600-CED
Celsa Tomesek                                       :   Chapter 13
                                                    :
      Debtor.                                       :
_____             :

### NOTICE OF WITHDRAWAL OF DOC. NO. 48 AND DOC. NO. 49 AND REQUEST FOR CANCELLATION OF APRIL 4, 2016 HEARINGS

COME NOW, the Debtor, Celsa Tomesek, by and through the undersigned counsel, hereby withdraws her Motion for Reconsideration of Dismissal (Doc. No. 48) filed on March 3, 2016, and Motion for Payment of Unclaimed Funds (Doc. No. 49) filed on March 3, 2016, and requests cancellation of the hearings scheduled for April 4 2016, at 2:00 p.m.

/s/ David R. Singha_____
David R. Singha, Esq.
FL Bar #120375
Attorney for Debtor
PO Box 56424
St. Petersburg, FL 33732
PH: 727-327-3219
david@flabk.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished on April 4, 2016, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 7005-3 to:

Kelly Remick
P.O Box 6099
Sun Cit Center, FL 33571

Celsa Tomesek
1119 Fox Chapel Drive
Lutz, FL 33549

And to the Attached Court Matrix...

/s/ David R. Singha_____
David R. Singha, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:11-bk-00600-CED<br>Middle District of Florida<br>Tampa<br>Mon Apr  4 12:18:37 EDT 2016 | Midland Funding LLC by American InfoSource L<br>PO Box 4457<br>Houston, TX 77210-4457 | Celsa Tomesek<br>1119 Fox Chapel Drive<br>Lutz, FL 33549-8720 |
| Americredit<br>Po Box 181145<br>Arlington, TX 76096-1145 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Ashley Funding Services LLC its successors a<br>assigns as assignee of Reimbursement<br>Technologies, Inc<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| BACK BOWL I LLC<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 | Bac/Fleet-Bkcard<br>200 Tournament Dr<br>Horsham, PA 19044-3606 | Bank Of America<br>301 Rockerimmon Blvd<br>Colorado Springs, CO 80919-2303 |
| Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850-7054 | Caf<br>2040 Thalbro St<br>Richmond, VA 23230-3200 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One Bank<br>c/o Robert J. Orovitz<br>7765 SW 87 Avenue<br>#101<br>Miami, FL 33173-2535 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One, N.A.<br>Po Box 30273<br>Salt Lake City, UT 84130-0273 |
| Carmax Auto Finance<br>Bankruptcy Department<br>P.O. Box 440609<br>Kennesaw, GA 30160-9511 | (p)CHASE CARD SERVICES<br>201 NORTH WALNUT STREET<br>ATTN MARK PASCALE<br>MAIL STOP DE1-1406<br>WILMINGTON DE 19801-2920 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 |
| Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Eaf Llc (Original Creditor:08 Capit<br>1120 West  Lake Co Suite B<br>Buffalo Grove, IL 60089-1970 | First Citizens Bank &<br>100 E Tryon Rd<br>Raleigh, NC 27603-3581 |
| First Usa Bank N A<br>1001 Jefferson Plaza<br>Wilmington, DE 19801-1493 | First Usa Bank N A<br>3565 Piedmont Rd Ne<br>Atlanta, GA 30305-8202 | Gemb/Chevron<br>4125 Windward Plz<br>Alpharetta, GA 30005-8738 |
| Gemb/Ge Money Bank Low<br>Po Box 103065<br>Roswell, GA 30076 | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lvnv Funding Llc (Original Creditor<br>Po Box 740281<br>Houston, TX 77274-0281 | Merchants Assoc Cool D (Original Cr<br>134 S Tampa St<br>Tampa, FL 33602-5354 |
| Midland Credit Mgmt (Original Credi<br>8875 Aero Dr<br>San Diego, CA 92123-2251 | Midland Funding LLC<br>by American InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Music 123<br>P.O. Box 94498<br>Las Vegas, NV 89193-4498 |
| Nco Fin/55 (Original Creditor:Brodr<br>Po Box 13570<br>Philadelphia, PA 19101 | Office of US Attorney<br>Attn Civil Process Clerk1<br>400 North Tampa St Suite 3200<br>Tampa, FL 33602-4774 | Portfolio Investments I LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 |
| Portfolio Recovery<br>c/o Racquel A. White<br>140 Corporate Blvd.<br>Norfolk, VA 23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portfolio Recvry&Affil (Original Cr<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4962 |
| Prestige Auto Finance<br>2261 W. College Rd.<br>Ocala, FL 34471-1615 | Prestige Auto Finance<br>Sailfish SFC<br>5501 34th St., North<br>St. Petersburg, FL 33714-1828 | Seventh Avenue<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 | Target N.B.<br>Po Box 673<br>Minneapolis, MN 55440-0673 | The Bureaus Inc (Original Creditor:<br>1717 Central St<br>Evanston, IL 60201-1507 |
| Wells Fargo<br>P.O. Box 6700<br>Rancho Cucamonga, CA 91729-6700 | Wells Fargo Dealer Services<br>PO Box 19657<br>Irvine, CA 92623-9657 | Wf/Wb/Dfs<br>Po Box 3117<br>Winston Salem, NC 27102-3117 |
| Wfds/Wds<br>Po Box 1697<br>Winterville, NC 28590-1697 | Dennis J LeVine +<br>Kelley Kronenberg, Attorneys at Law<br>1511 N. Westshore Blvd., Suite 400<br>Tampa, FL 33607-4596 | David R Singha +<br>David R. Singha, P.A.<br>PO Box 56424<br>St. Petersburg, FL 33732-6424 |
| Glenn E Gallagher +<br>Clark & Washington LLC<br>4218 W Linebaugh<br>Tampa, FL 33624-5241 | Kelly Remick +<br>Chapter 13 Standing Trustee<br>Post Office Box 6099<br>Sun City, FL 33571-6099 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cap One<br>Po Box 85520<br>Richmond, VA 23285 | Chase<br>Po Box 1093<br>Northridge, CA 91328 | Chrysler Financial<br>10300 Boggy Creek Rd # 1<br>Orlando, FL 32824 |
| Portfolio Recovery Associates LLC.<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Carmax Auto Finance

End of Label Matrix
Mailable recipients    55
Bypassed recipients     1
Total                  56