**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No: 8:11-bk-00600-CED

In Re:    Chapter 13

Celsa Tomesek

_____/

**REPORT OF UNCLAIMED FUNDS**

Comes now, Kelly Remick, Chapter 13 Standing Trustee, and respectfully shows that, pursuant to orders dismissing cases, orders of conversion, and orders of distribution, and as shown below, she has made distribution of all monies received, and all checks issued prior to January 30, 2016, have cleared with exception of the following:

| Check Number | Amount | Claimant Name & Address |
|---|---|---|
| 1047478 | $650.00 | Celsa Tomesek<br>c/o Clark & Washington, PC<br>4218 West Linebaugh Avenue<br>Tampa, FL 33624 |

The Trustee further states that more than ninety (90) days have elapsed since the declaration of the dividends, and pursuant to the provisions of 11 U.S.C. Section 347, the undersigned attaches funds totaling $650.00 for this case, which is payable to Clerk, U.S. Bankruptcy Court/Court Registry, and states that the claimant(s) entitled to these funds is/are listed above.

Respectfully submitted on April 15, 2016.

/s/ Kelly Remick
Kelly Remick
Chapter 13 Trustee
P.O. Box 6099
Sun City Center, Florida 33571-6099
Phone (813) 658-1165
Fax (813) 658-1166

Cc: Clerk, U.S. Bankruptcy Court/Court Registry